UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ELAINE WANG, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :  No. 2:22-cv-01975-GRB-ARL |
| | : |
| CEDAR REALTY TRUST, INC., BRUCE J. SCHANZER, GREGG A. GONSALVES, ABRAHAM EISENSTAT, STEVEN G. ROGERS, SABRINA L. KANNER, DARCY D. MORRIS, RICHARD H. ROSS, and SHARON STERN, | : |
| | : |
| Defendants. | : |

---

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Elaine Wang hereby voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice.  Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: August 17, 2022

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

/s/ Benjamin Y. Kaufman
Benjamin Y. Kaufman (BK1863)
270 Madison Avenue
New York, New York 10016
Tel: (212) 545-4600
kaufman@whafh.com

*Attorneys for Plaintiff*

813073